| Attorney or Party without Attorney:<br>Lincoln D. Bandlow, Esq. (#170449)<br>Law Offices of Lincoln Bandlow, P.C<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>  Telephone No: 310-556-9680<br>  Attorney For: Plaintiff | Ref. No. or File No.: | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff: STRIKE 3 HOLDINGS, LLC,<br>Defendant: REDACTED | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:20-cv-00921-TJH-SP |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1), Notice of FIling Rule 7.1 Disclosure Statement, Civil Minutes-General, Notice of Assignment to United States Judges, Notice to Parties of Court-Directed ADR Program, Plaintiff's Ex-Parte Application For Extension Of Time Within Which To Effectuate Service on John Doe Defendant, [Proposed] Order On Plaintiff's Ex Parte Application For Extension Of Time Within Which To Effectuate Service On John Doe Defendant

3. a. Party served: REDACTED
   b. Person served: REDACTED , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: REDACTED

5. I served the party:
   a. **by substituted service.** On: Wed, May 20 2020 at: 03:50 PM by leaving the copies with or in the presence of: REDACTED .

   (1) [X] **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [ ] **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] **(Declaration of Mailing)** is attached.
   (4) [ ] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney:<br>Lincoln D. Bandlow, Esq. (#170449)<br>Law Offices of Lincoln Bandlow, P.C<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>  Telephone No: 310-556-9680<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff: STRIKE 3 HOLDINGS, LLC,<br>Defendant: REDACTED | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:20-cv-00921-TJH-SP |

6. **Person Who Served Papers:**
   a. Gabriela Melendez (5644, Los Angeles)
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:
   e. I am: A Registered California Process Server

7.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

05/22/2020
(Date)                              (Signature)



PROOF OF SERVICE

4548146
(4364278)
Page 2 of 2

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Lincoln D. Bandlow, Esq. (#170449)<br>Law Offices of Lincoln Bandlow, P.C<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>   *Telephone No:*   310-556-9680<br><br>   *Attorney For:*   Plaintiff | **For Court Use Only** |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

*Plaintiff:*   STRIKE 3 HOLDINGS, LLC,
*Defendant:*   **REDACTED**

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:20-cv-00921-TJH-SP |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action, Complaint, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1), Notice of FIling Rule 7.1 Disclosure Statement, Civil Minutes-General, Notice of Assignment to United States Judges, Notice to Parties of Court-Directed ADR Program, Plaintiff's Ex-Parte Application For Extension Of Time Within Which To Effectuate Service on John Doe Defendant, [Proposed] Order On Plaintiff's Ex Parte Application For Extension Of Time Within Which To Effectuate Service On John Doe Defendant

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Wed, May 20, 2020
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows:   **REDACTED**
   **REDACTED**

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed, May 20, 2020 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. THOMAS TILCOCK
   b. FIRST LEGAL
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. ***The Fee*** for Service was:  $224.09
   e. I am: Not a Registered California Process Server

6. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

05/22/2020                                                        *(Signature)*
(Date)

| FL FIRSTLEGAL | Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>BY MAIL | 4548146<br>(4364278) |